## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA M. SIMONS AND<br>SAM J. SIMONS ,<br>      **Plaintiffs,**<br><br>**v.**<br><br>NATIONWIDE CREDIT, INC.<br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION**<br>**No. 3:10-CV01938(MRK)**<br><br><br><br>**JUNE 6, 2011** |

### DEFENDANT NATIONWIDE CREDIT INC.'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO PLAINTIFFS' SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT

COMES NOW, Defendant, Nationwide Credit Inc. (hereinafter "NCI"),

by and through its undersigned counsel and pursuant to Federal Rule of Civil

Procedure 6 and hereby moves this Court for an enlargement of time until June

30, 2011 to serve its objections and responses to Plaintiffs' Second Set of

Interrogatories to Defendant, Plaintiffs' Second Set of Request For Production

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.<br>280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300<br>JURIS NO. 104083 · FAX NO. (860) 548-0023

to Defendant and Plaintiffs' Request for Admissions to Defendant. As grounds for its Motion, NCI states as follows:

1.    On April 23, 2011, Plaintiffs, via United States mail, served on NCI their Second Set of Interrogatories and Requests For Production of Documents and their Request for Admissions to Defendant.

2.    NCI and Plaintiffs have been involved in extensive negotiations for a possible settlement in this matter.  An offer had been made by NCI to the Plaintiffs for settlement of the case during a settlement conference held before Magistrate Judge Garfinkel on May 10, 2011.  Plaintiffs were to report back with their response to the offer of settlement within one week.  They sought additional time to consider the response, to which NCI did not make objection, and their response, by way of a counteroffer, was not received until June 2, 2011.

3.    NCI is preparing the responses and objections to the requested discovery but needs an additional period of time to complete same.

4.     NCI seeks an enlargement of time until June 30, 2011.

5.     Federal Rule of Civil Procedure 6(b) allows a Court to grant a

Motion for Extension of Time for good cause within its discretion.

6.     In the instant case, NCI believes good cause exists to grant its

motion for the reason stated above in paragraph 3 above.

7.     The granting of the extension requested will not prejudice any

party.  Completion of discovery is due by November 30, 2011 pursuant to the

case management order issued in this matter

Dated: June 6, 2011                        Respectfully submitted,

                                           O'CONNELL, FLAHERTY &
                                           ATTMORE, L.L.C.

                                           Attorney Claudia M. Sklar
                                           (FBN#08246)
                                           280 Trumbull Street, 23rd Fl.
                                           Hartford, CT  06103
                                           Phone:  (860) 548-1300
                                           Fax:   (860) 548-0023

Email: csklar@ofalaw.com
*Attorneys for Defendant, Nationwide*
*Credit, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANGELA M. SIMONS AND** | ) | |
| **SAM J. SIMONS ,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| | ) | **No. 3:10-CV01938(MRK)** |
| **v.** | ) | |
| | ) | |
| **NATIONWIDE CREDIT, INC.** | ) | |
| **Defendant.** | ) | |
| | ) | **JUNE 6, 2011** |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, a copy of the foregoing Defendant Nationwide Credit, Inc.'s Motion For Enlargement of Time to Object or Respond to Plaintiffs' Second Set of Interrogatories, Second Set of Requests For Production of Documents and Request for Admissions to Defendant was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Attorney Claudia M. Sklar
(FBN#CT08246)

O'CONNELL, FLAHERTY &
ATTMORE, L.L.C.
280 Trumbull Street, 23rd Fl.
Hartford, CT  06103
Phone:  (860) 548-1300
Fax:      (860) 548-0023
Email: csklar@ofalaw.com
*Attorneys for Defendant, Nationwide
Credit, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA M. SIMONS AND | ) | |
| SAM J. SIMONS , | ) | |
|     **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| | ) | **No. 3:10-CV01938(MRK)** |
| **v.** | ) | |
| | ) | |
| NATIONWIDE CREDIT, INC. | ) | |
|     **Defendant.** | ) | |
| | ) | **JUNE 6, 2011** |
| _____ | ) | |

### ORDER GRANTING DEFENDANT NATIONWIDE CREDIT INC.'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO PLAINTIFFS' SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT

THIS CAUSE having come before the Court upon Defendant Nationwide Credit, Inc.'s Motion For Enlargement of Time to Object or Respond to Plaintiffs' Second Set of Interrogatories, Second Set of Requests for Production of Documents and Request for Admissions to Defendant and the Court having reviewed the record, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Defendant Nationwide Credit Inc. shall have until on or before June 30, 2011, to serve its objections or responses to Plaintiffs' Second Set of Interrogatories, Second Set of Requests for Production of Documents and Requests for Admissions to Defendant.

DONE AND ORDERED on this __ day of June, 2011.

_____
THE HONORABLE MARK R. KRAVITZ
UNITED STATES DISTRICT COURT